**John Walter WOLFNER,
Plaintiff/Respondent,**

v.

**HERITAGE UNION LIFE
INSURANCE COMPANY,
Defendant/Appellant.**

ED 102446

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

Filed: September 22, 2015

Motion for Rehearing and/or Transfer
to Supreme Court Denied
October 22, 2015.

Application for Transfer Denied
December 22, 2015

Richard K. Dowd, Alexander R. Lumaghi, 211 N. Broadway, Suite 4050, St. Louis, MO 63102, for Plaintiff/Respondent.

Booker T. Shaw, Richard J. Pautler, Kristen E. Sanocki, One US Bank Plaza, St. Louis, MO 63101, for Defendant/Appellant.

Before Sherri B. Sullivan, P.J., Kurt S. Odenwald, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM.

Heritage Union Life Insurance Company (Appellant) appeals from the trial court's judgment entered in favor of John Walter Wolfner (Respondent) on Count VIII of Respondent's petition seeking a declaratory judgment that he is entitled to $300,000 in death benefit coverage on a life insurance policy issued by Appellant. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court did not err in entering judgment in favor of Respondent. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).